IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANNON ZINNON HALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cv-00686-JPG |
| | ) |
| BRIAN BENNETT, | ) |
| JILL MOORE, | ) |
| and JOHN DOE, | ) |
| | ) |
| Defendants. | ) |

# NOTICE OF IMPENDING DISMISSAL

**GILBERT, District Judge:**

This case was opened when Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 on July 14, 2020. (Doc. 1). He subsequently filed several amendments, supplements, replacements, and/or exhibits to the Complaint. (*See* Docs. 1, 9, 13, 14, 16, and 17). Before the Court could screen this matter pursuant to 28 U.S.C. § 1915A, Plaintiff was ordered to select or re-file a *single* complaint on or before August 15, 2020. (Doc. 18). He was specifically ordered to: (1) notify the Court, in writing, which document he intends to use as the operative complaint; or (2) file an amended complaint to replace all prior versions. (*Id.*). Plaintiff was warned that failure to do so by the deadline would result in dismissal of this action. (*Id.*) (citing FED. R. CIV. P. 41(b)).

On August 18, 2020, Plaintiff responded to the Court's Case Management Order (Doc 18) by filing a Complaint, Amended Complaint, and grievances. (Docs. 24, 25, and 25-1). These three documents do not constitute a *single* complaint, so they will be **STRICKEN** and **RETURNED** to Plaintiff for failure to comply with the Court's Case Management Order. Plaintiff will be given an *additional* ten (10) days to comply with the Court's Case Management Order before this case is dismissed.

1

**IT IS ORDERED** that the Complaint (Doc. 24), Amended Complaint (Doc. 25), and Grievances (Doc. 25-1) are **STRICKEN** for noncompliance with the Case Management Order at Doc. 18.  The Clerk's Office is **DIRECTED** to **RETURN** these documents to Plaintiff along with a blank civil rights complaint form.

**IT IS ORDERED** that on or before **SEPTEMBER 8, 2020**, Plaintiff must advise the Court, in writing, which single document he intends to use as the operative complaint (*e.g.*, Doc. 1, 9, 13, 14, 16, or 17) *or* file an amended complaint that stands on its own without reference to any other document and will replace all prior versions.

Plaintiff is **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address.  The Court will not independently investigate Plaintiff's whereabouts.  This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

**DATED:  August 18, 2020**

                                                           s/J. Phil Gilbert
                                                         **J. PHIL GILBERT**
                                                         **U.S. District Judge**